# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2018

### NO. 03-18-00206-CV

**John Mason Hughes, Appellant**

**v.**

**Michael Twiehaus, Maria Twiehaus, and
Twiehaus Irrevocable Living Trust, Appellees**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED FOR WANT OF PROSECUTION—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the summary judgment signed by the trial court on November 13, 2017. Having reviewed the record, the Court holds that John Mason Hughes has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.